

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| IN RE: | § | No. 08-24-00026-CV |
| ROBERT J. GAUDET, JR., | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
|  | § |  |

## **J U D G M E N T**

The Court has considered this cause on Relator's petition for writ of mandamus against the

Honorable Jesus Rodriguez of County Court at Law No. 5 of El Paso County, Texas and concludes

that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for

writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 30TH DAY OF APRIL 2024.


JEFF ALLEY, Chief Justice

Before Alley, C.J., Palafox, J., and Gabriel, J. (Ret.)
Gabriel, J. (Ret.), sitting by assignment